# EXHIBIT

# A

**Prior U.S. Cl.: A**

**United States Patent and Trademark Office**

**Reg. No. 1,160,488**
Registered Jul. 7, 1981

## CERTIFICATION MARK
Principal Register



Rabbinical Council of Massachusetts (unincorporated non-profit association), a.k.a. Vaad Harabonim
177 Tremont St.
Boston, Mass. 02111

For: FOOD AND FOOD-RELATED PRODUCTS, in CLASS A.
First use 1968; in commerce Jan. 1970.

The mark certifies as used by persons authorized by applicant, certifies a reliable rabbinical approval of food and food products as being kosher and not containing any food or food derivative material which is not permissible for consumption by those who observe the Jewish dietary code.

Ser. No. 203,434, filed Feb. 12, 1979.

MARC BERGSMAN, Primary Examiner