# EXHIBIT

# B

