UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| RABBINICAL COUNCIL OF MASSACHUSETTS a/k/a KVH KOSHER,<br><br>*Plaintiff,*<br><br>v.<br><br>INTERNATIONAL FOOD PRODUCTS, INC. d/b/a SABRA FOODS,<br><br>*Defendant.* | Civil Action No.: 1:22-CV-11460-AK |

## AMENDED DECLARATION OF COURTNEY M. BRADLEY

"I, Courtney M. Bradley, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am over 18 years of age and of sound mind.

2. I am the attorney with Jason Foscolo, PLLC, which was retained by Plaintiff Rabbinical Council of Massachusetts a/k/a KVH Kosher ("**Plaintiff**" or "**KVH**") to represent it in this action.

3. The Complaint and Summons were served upon Defendant International Food Products, Inc. d/b/a Sabra Foods ("Defendant") on October 12, 2022. No response has been served within the time allowed by law nor has Defendant sought additional time within which to respond.

4. The attorneys' fees incurred and owed in connection with my representation of Plaintiff in bringing this action against Defendant is $14,150.00. In addition, Plaintiff's costs incurred in bringing this suit are $679.67. In total, Plaintiff's reasonable and necessary attorneys' fees and costs with bringing this action total $14,829.67.

5. I declare under penalty of perjury that the foregoing is true and correct."

Amended Declaration of Courtney M. Bradley – Page 1

Executed on this 28th day of September 2023.

                                                                              *Courtney Bradley*
                                                                              Courtney M. Bradley